UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-60438-RUIZ

FENDI S.R.L.,

       Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

       Defendants.
_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Fendi S.r.l., submits the following corporate disclosure statement:

Plaintiff Fendi S.r.l. is a wholly-owned subsidiary of Fendi, S.A. The majority shareholder of Fendi, S.A. is LVP BV. LVMH Moet Hennessy Louis Vuitton, S.E., which is a publicly held company, owns 100% of LVP BV through a number of wholly-owned subsidiaries.

DATED: February 28, 2022.

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.
By: **Christine Ann Daley**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar. No. 98482)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Christine@smgpa.net
E-mail: Raquel@smgpa.net

Attorneys for Plaintiff, Fendi S.r.l.