**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 22-60438-RUIZ

FENDI S.R.L.,

      Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

**DECLARATION OF MASSIMO LEPRI IN SUPPORT OF**
**PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY**
**RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND**
**ORDER RESTRAINING TRANSFER OF ASSETS**

I, Massimo Lepri, declare and state as follows:

1.      I am over 18 years of age and have personal knowledge of the facts set forth herein.  If called upon to do so, I could and would competently testify as to the following facts in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Application for Temporary Restraining Order") against Defendants, the Individuals, Business Entities, and Unincorporated Associations Identified on Schedule "A" attached hereto (collectively "Defendants").

2.      I am employed by Plaintiff, Fendi S.r.l. ("FENDI"). Fendi S.r.l. is a limited liability company organized and existing pursuant to the laws of Italy, with its principal place of business located at Palazzo della Civiltà Italiana, Quadrato della Concordia n°3, Rome, Italy 00144.

3.      In my capacity as Intellectual Property Director at FENDI, I am responsible for FENDI's trademark and anti-counterfeiting efforts worldwide.  As a result, I am fully familiar with most aspects of the manufacture, sale, and distribution of genuine FENDI products, and I have the ability to identify the distinctions between genuine FENDI merchandise and counterfeit copies of the same.

4.      FENDI is the owner of all rights in and to the trademarks identified on Schedule "A" hereto, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively the "FENDI Marks"). The FENDI Marks are used in connection with the manufacture and distribution of high-quality goods in the categories also identified on Schedule "A." True and correct copies of the Federal Registrations for the FENDI Marks listed below are attached to the Complaint as Composite Exhibit "1."

5.      FENDI is engaged in the manufacture, promotion, distribution, and sale in interstate commerce, including within this district, of high-quality luxury products under the FENDI Marks.

6.      FENDI and its authorized licensees are the exclusive authorized distributors in the United States of a wide variety of goods bearing the FENDI Marks. Genuine FENDI products are marketed and sold at FENDI's boutiques throughout the United States and at high quality, prestigious department stores, and via the Internet. During the time that FENDI has sold its products in interstate commerce under the FENDI Marks, FENDI has spent tens of millions of dollars to extensively advertise and promote its goods and associated trademarks.  In the last five years alone, FENDI's sales of high-quality luxury goods have been well into many hundreds of millions of dollars.

7.     As a result of the foregoing, the FENDI Marks have acquired fame in the consumer market for a wide variety of high-quality luxury goods. The FENDI Marks have come to symbolize the enormous goodwill of FENDI's business throughout the United States and the world.  No other manufacturer lawfully uses the FENDI Marks or any substantially similar marks for similar types of goods. The FENDI Marks have never been abandoned. FENDI actively polices and enforces its trademark rights.

8.     The FENDI Marks are vital to FENDI's business, as the marks represent a significant value to FENDI's overall business and associated image.  FENDI suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time any third parties, including Defendants, sell counterfeit and infringing goods using identical or substantially similar trademarks.

9.     FENDI learned that Defendants are promoting, advertising, offering for sale and/or selling various products using the FENDI Marks, without authorization, via the Internet based e-commerce stores operating under their seller identification names identified on Schedule "A" to Plaintiff's Application for Temporary Restraining Order (the "Seller IDs").  Defendants do not have, nor have they ever had, the right or authority to use the FENDI Marks. Further, the FENDI Marks have never been assigned or licensed to be used in connection with any of the Seller IDs.

10.     FENDI retained Invisible Inc, a licensed private investigative firm ("Invisible"), to investigate the suspected sales of counterfeit FENDI branded products by Defendants and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit FENDI branded products.

11.     Invisible Inc accessed the Internet based e-commerce stores operating under Defendants' Seller IDs, and placed orders for the purchase of a product using counterfeits of, at least, one of the FENDI Marks at issue in this action from each Seller ID.  At the conclusion of the process, the detailed web page captures of the various FENDI branded goods ordered by Invisible Inc were sent to FENDI for inspection. (See Declaration of Kathleen Burns in Support of Plaintiff's Application for Temporary Restraining Order ¶ 4 and Composite Exhibit "1" attached thereto.)

12.     I personally analyzed the detailed web page captures and images of the various FENDI branded products ordered by Invisible via the Internet based e-commerce stores operating under Defendants' Seller IDs.  I determined the FENDI branded products to be non-genuine, unauthorized FENDI branded products. I reached this conclusion through my visual inspection of the detailed web page captures and images provided by Invisible of the FENDI branded products, including my observation that the FENDI branded products are priced in a manner that is dissimilar from that used in connection with genuine FENDI products. Moreover, I personally know FENDI does not conduct business with Defendants or their Seller IDs, nor have the FENDI Marks ever been assigned or licensed to be used by Defendants or the Internet e-commerce stores operating using the Seller IDs.

13.     In view of the foregoing, I can confirm the various FENDI branded products ordered by Invisible via the Internet based e-commerce stores operating under the Seller IDs are non-genuine FENDI products. I can also confirm the FENDI branded products Defendants are offering for sale and promoting under the FENDI Marks via the Seller IDs are non-genuine FENDI products. Furthermore, I can confirm Defendants do not have authorization to use the FENDI Marks or name in connection with any of the Seller IDs.

14.     Genuine FENDI branded goods are widely legitimately advertised, promoted, offered for sale, and discussed by FENDI, its authorized distributors, and unrelated third parties via the Internet.

15.     Visibility on the Internet, particularly via search engines such as Google, Yahoo!, and Bing is important to FENDI's overall marketing and consumer education efforts. Thus, FENDI expends significant monetary and other resources on Internet marketing and consumer education regarding its products, including search engine optimization ("SEO") and search engine marketing ("SEM") strategies, which allow FENDI, its authorized retailers, and others to educate consumers fairly and legitimately about the value of the FENDI brand and the goods sold thereunder and the problems associated with the counterfeiting of FENDI's trademarks.

16.     By benefiting from similar SEO strategies based upon an illegal use of the FENDI Marks, Defendants are obliterating the otherwise open and available marketplace space in which FENDI has the right to fairly market its goods and associated message. Specifically, Defendants use FENDI's name and trademarks, or variations thereof, to make their e-commerce stores selling illegal goods appear more relevant and attractive to consumers searching for FENDI related goods and information online. Such illegal use results in unfair competition for FENDI when competing for visibility on the World Wide Web, including within search engine results space.

17.     As a result of the availability of the non-genuine FENDI branded goods being offered for sale by Defendants, FENDI will experience irreparable damage to its reputation among consumers unless the infringing and counterfeiting activity alleged in the Complaint is stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed the 25 of February, 2022, at Rome, Italy.

Massimo Lepri
Anti-Counterfeiting Specialist

**SCHEDULE "A"**
**PLAINTIFF'S FEDERALLY REGISTERED TRADEMARKS**

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  | 1,214,472 | October 26, 1982 | IC 018: Leather and Imitations of Leather; Luggage, Trunks and Travelling Bags |
| FENDI | 1,244,466 | July 5, 1983 | IC 018: Traveling Luggage, Trunks, Purses, Rucksacks, Brief Cases, Attache Cases, Wallets, Key Cases, Passport Cases, Business Card Cases, Cosmetic Cases Sold Empty, Shirt Bags<br><br>IC 025: Fur Coats, Fur Stoles, Fur Jackets, Raincoats, Cloth Coats, Jackets, Skirts, Blouses, Dresses, Hosiery, Shirts, Trousers, Hats, Scarves, Foulards, Gloves, Ties, Neckwear, Belts, Swimwear, Shoes, Boots |
|  | 1,267,539 | February 21, 1984 | IC 025: Fur Coats, Fur Stoles, Fur Pieces, Rainwear, Cloth Coats, Jackets, Skirts, Trousers, Dresses, Hosiery, Shirts, Blouses, Headwear, Scarves, Foulards, Gloves, Ties, Neckwear, Belts, Swimwear, Shoes, Boots. |
|  | 2,648,257 | November 12, 2002 | IC 018: leather and imitation of leather items, namely, handbags, shoulder bags. |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  | 4,036,925 | October 11, 2011 | IC 018: Leather and imitation leather; furs; animal skins; animal hides; goods made of leather and imitation leather, namely, handbags, shoulder bags, briefcases, leatherwear, namely, key cases, purses, wallets, backpacks, pouches, leather straps.<br><br>IC 025: Clothing, namely, shirts, t-shirts, sweatshirts, sport shirts, pants, sport pants, trousers, shorts, skirts, dresses, belts, sweaters, cardigans, pullovers, jackets, scarves, foulards, gloves; waterproof clothing, namely, waterproof jackets, swimsuits; hats; footwear, namely, shoes, sport shoes, boots, slippers, sneakers, sandals |
|  | 4,362,861 | July 9, 2013 | IC 009: Eyeglasses, sunglasses, eyeglass and sunglass lenses, eyeglass frames.<br><br>IC 014: Jewelry of precious and non-precious metal, namely, bracelets, necklaces, neck chains and rings, earrings, watches, wristwatches watch bands and straps chronographs for use as timepieces and for use as watches<br><br>IC 018: Bags, namely, shoulder bags, travelling bags, handbags, Boston bags, |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  |  |  | waist packs, sling bags for carrying infants, leather and canvas shopping bags, duffle bags, tote bags, clutch bags, trunks, wallets, purses, briefcases, attach cases, pouches of leather or textile, school bags, suitcases, garment bags for travel, key cases made of leather, backpacks, rucksacks, vanity cases sold empty, carry-on bags, beach bags, umbrellas.<br><br>IC 024: Beach towels<br><br>IC 025: Articles of clothing for men, women and children, namely, pullovers, cardigans, sweaters, jerseys, jumpers, jackets, sweatshirts, parkas, bathing suits, blouses, shirts, trousers, jeans, waistcoats, skirts, shorts, T-shirts, dresses, men's suits, coats, overcoats, vests, shawls, scarves, neckties, gloves for clothing, belts for clothing, shoes, boots, sandals, slippers, hats and caps. |
| **FENDI** | 4,409,049 | October 1, 2013 | IC 003: Perfumes, eau de parfum, toilet water, after shave creams, after shave lotions, shaving lotions, shampoos, creams, deodorants for personal use, toilet soaps, bath soaps, bath and shower gels, body lotions, skin lotions<br><br>IC 009: Eyeglasses, |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | sunglasses, eyeglass frames and eyeglass cases; bags, cases and sleeves specially adapted for holding or carrying all the above mentioned goods, namely, eyeglasses, sunglasses, eyeglass and sunglass lenses, eyeglass frames and eyeglass cases; telephones and mobile phones.<br><br>IC 014: Jewelry of precious and non-precious metal, namely, bracelets, necklaces, neck chains and rings, brooches, earrings, pendants, cuff-links, jewelry cases; clocks, watches, wristwatches, watch bands and straps, chronographs for use as timepieces and for use as watches, chronometers<br><br>IC 018: Bags, namely, shoulder bags, travelling bags, handbags, Boston bags, waist packs, leather and canvas shopping bags, duffle bags, tote bags, clutch bags, trunks, wallets, purses, briefcases, attach cases, pouches of leather or textile, school bags, suitcases, key cases made of leather, backpacks, rucksacks, vanity cases sold empty, carry-on |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | bags, beach bags, umbrellas.<br><br>IC 020: Furniture, bathroom furniture, kitchen furniture, household furniture, namely, chairs, lounge chairs, armchairs, tables, coffee tables, benches, stools, beds, bedside tables, wardrobes, desks, sofas, and divans, ottomans, shelves, drawers, wall cupboards, showcases, television stands, bookshelves, bathroom cabinets; mirrors<br><br>IC 025: Articles of clothing for men, women and children, namely, pullovers, cardigans, sweaters, jerseys, jumpers, jackets, sweatshirts, parkas, bathing suits, blouses, shirts, trousers, jeans, waistcoats, skirts, shorts, T-shirts, dresses, men's suits, coats, raincoats, overcoats, fur coats and jackets, vests, hosiery and panty hose, bathrobes, shawls, scarves, neckties, gloves for clothing, belts for clothing, shoes, boots, sandals, slippers, clogs, hats and caps. |
|  | 4,916,008 | Dec. 29, 2015 | IC 009: Eyeglasses; sunglasses; eyeglass lenses; contact lenses; eyeglass frames; eyeglass and sunglass cases and holders; strings and |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | chains for eyeglasses and sunglasses; protective helmets; sports helmets; helmets for motorcyclists; telephones and mobile phones; computers; laptop computers; MP3 players; MP4 players; portable media players; digital audio and video players; tablet computers; e-book readers; blank USB flash drives; headphones; earphones; hi-fi apparatus, namely, audiovisual receivers, radio receivers, digital media receivers, digital audio and video recorders and players, compact disk players, cassette players, record players, audio speakers, bass speakers, personal stereos, amplifiers, graphic equalizers, and sound equalizers and crossovers; personal digital assistants; cameras and digital cameras; video cameras; accessories and components of all the above-mentioned goods, namely, camera tripods, camera mounts and supports, reflectors for photographing, fitted plastic films known as skins for covering and providing a scratch proof barrier or protection for MP3 players, MP4 players, mobile |

| Trademark | Registration Number | Registration Date | Class / Goods |
|-----------|---------------------|-------------------|---------------|
| | | | telephones, smart telephones, laptop computers, tablet computers, digital cameras, global positioning systems and personal digital assistants excluding game apparatus, camera filters, battery chargers, and display screen protectors for providing shade and privacy specially adapted to electronic devices, namely laptop computers, tablet computers, cell phones, personal digital assistants, MP3 players, MP4 players, smart telephones, and mobile telephones; bags, cases and sleeves specially adapted for holding or carrying mobile phones, computers, laptop computers, MP3 players, MP4 players, portable media players, digital audio and video players, tablet computers, e-book readers, USB flash drives, headphones, earphones, personal digital assistants, photographic apparatus and equipment, cameras, and video cameras; and strings and chains, namely, straps and lanyards specially adapted for mobile phones, MP3 players, MP4 players, portable media players, and digital audio and video |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | players |
| FENDI | 5,139,608 | November 29, 2016 | IC 018: Shoulder straps for handbags |
|  | 5,505,551 | July 3, 2018 | IC 003: Fragrances; make-up<br><br>IC 009: Cell phone cases; cell phone covers; cell phone straps; sunglasses<br><br>IC 014: Decorative fobs for keys; key rings with decorative trinkets or fobs; precious metal key holders with decorative trinkets or fobs; key holders of precious metals; key fobs of precious metals; key rings of precious metals; key fobs being rings coated with precious metal; key chains as jewelry, being trinkets or fobs; key rings with decorative trinkets or fobs of precious metal<br><br>IC 018: Leather and imitations of leather; animal skins and hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips; harness; saddlery; all-purpose carrying bags; shoulder bags; travelling bags; hand bags; boston bags; waist packs; sling bags for carrying infants; duffle bags; tote bags; clutch bags; wallets; purses; briefcases; |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | attaché cases; pouches of leather; pouches of textile, not for packaging; school bags; suitcases; garment bags for travel; key cases made of leather; backpacks; rucksacks; vanity cases sold empty; carry-on bags; beach bags; umbrellas<br><br>IC 020: Furniture; mirrors; picture frames; air cushions, not for medical purposes; air mattresses, not for medical purposes; air pillows, not for medical purposes; bead curtains for decoration; bedding, except linen, namely, beds, mattresses, pillows and bolsters; busts of wood, wax, plaster or plastic; wardrobes; curtain holders, not of textile material; curtain tie-backs, namely, non-textile curtain holders; cushions; doors for furniture; dressmakers' dummies; screens for fireplaces; house numbers, not of metal, non-luminous; indoor window blinds being shades; infant walkers; mannequins; decorative mobiles; pet cushions; pillows; slatted indoor blinds; statues of wood, wax, plaster or plastic; statuettes of wood, wax, |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | plaster or plastic; table tops; tailors' dummies; decorative wind chimes; works of art of wood, wax, plaster or plastic; signboards of wood or plastics

IC 025: Clothing, namely, shirts and pants; footwear; headwear; pullovers; cardigans; sweaters; jerseys; jumpers; jackets; sweatshirts; parkas; bathing suits; blouses; shirts; trousers; jeans; waistcoats; skirts; shorts; T-shirts; dresses; men's suits; coats; raincoats; overcoats; fur coats and jackets; overalls; underwear; vests; hosiery; panty hose; bathrobes; shawls; scarves; neckties; gloves being clothing; belts for clothing; shoes; boots; sandals; slippers; clogs; hats and caps |
|  | 5,563,158 | September 18, 2018 | IC 003: Fragrances; make-up

IC 009: Cell phone cases; cell phone covers; cell phone straps; sunglasses

IC 014: Decorative fobs for keys; key rings being trinkets or fobs; key holders of precious metals being trinkets or fobs; key holders of |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  |  |  | precious metals; decorative key fobs of precious metals; key rings of precious metals; key fobs being rings coated with precious metal; key chains as jewelry, being trinkets or fobs; key rings being trinkets or fobs of precious metal <br><br> IC 018: Leather and imitations of leather; animal skins and hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips; harnesses; saddlery; bags, namely, leather bags, weekend bags and all-purpose carrying bags; shoulder bags; travelling bags; hand bags; boston bags; waist packs; sling bags for carrying infants; duffle bags; tote bags; clutch bags; wallets; purses; briefcases; attaché cases; pouches of leather; pouches of textile, not for packaging; school bags; suitcases; garment bags for travel; key cases made of leather; backpacks; rucksacks; vanity cases sold empty; carry-on bags; beach bags; umbrellas <br><br> IC 020: Furniture; mirrors; picture frames; air cushions, not for medical purposes; air |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | mattresses, not for medical purposes; air pillows, not for medical purposes; bead curtains for decoration; bedding, namely, beds, bed headboards and bed fittings not of metal; busts of wood, wax, plaster or plastic; covers for clothing being wardrobe; curtain holders, not of textile material; curtain tie-backs in the nature of non-textile curtain holders; cushions; doors for furniture; dressmakers' dummies; fire screens, domestic being screens for fireplaces; garment covers for storage being nonmetal and non-paper containers for storage, fitted fabric furniture covers, furniture and wardrobes; house numbers, not of metal, nonluminous; indoor window blinds being shades; infant walkers; mannequins; decorative mobiles; pet cushions; pillows; slatted indoor blinds; statues of wood, wax, plaster or plastic; statuettes of wood, wax, plaster or plastic; table tops; tailors' dummies; decorative wind chimes; works of art of wood, wax, plaster or plastic; signboards of wood or plastics |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | IC 025: Clothing, namely, shirts, dresses, pants and sweaters; footwear; headwear; pullovers; cardigans; sweaters; jerseys; jumpers; jackets; sweatshirts; parkas; bathing suits; blouses; shirts; trousers; jeans; waistcoats; skirts; shorts; T-shirts; dresses; men's suits; coats; raincoats; overcoats; fur coats and jackets; overalls; underwear; vests; hosiery; panty hose; bathrobes; shawls; scarves; neckties; gloves being clothing; belts for clothing; shoes; boots; sandals; slippers; clogs; hats and caps being headwear<br><br>IC 035: Providing information and advice in relation to retailing services in the field of ready-to-wear, clothing and footwear; providing information and advice in relation to direct selling through telecommunications in the field of ready-to-wear, clothing and footwear; providing information and advice in relation to direct selling through telephone in the field of ready-to-wear, clothing and footwear; |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | providing information and advice in relation to direct selling through facsimile in the field of ready-to-wear, clothing and footwear; providing information and advice in relation to direct selling through email in the field of ready-to-wear, clothing and footwear; providing information and advice in relation to direct selling through the Internet in the field of ready-to-wear, clothing and footwear; providing information and advice in relation to on-line direct selling in the field of ready- to-wear, clothing and footwear; providing information and advice in relation to wholesaling services in the field of ready-to- wear, clothing and footwear; computerized on-line ordering service through telephones in the field of ready-to-wear, clothing and footwear; computerized on-line ordering service through facsimiles in the field of ready-to-wear, clothing and footwear; computerized on-line ordering service through email in the field of ready-to-wear, clothing and footwear; computerized on-line ordering |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
|  |  |  | service through the Internet including social networks in the field of ready-to-wear, clothing and footwear; advertising by mail order, namely, organisation of mail order promotions in the field of ready-to-wear, clothing and footwear; marketing, including direct marketing and direct mail advertising in the field of ready-to-wear, clothing and footwear; advertising by mail order in the field of ready-to-wear, clothing and footwear; promotion and marketing services, namely, point of purchase promotions in the field of ready-to-wear, clothing and footwear; on-line advertising in the field of ready-to-wear, clothing and footwear; sales promotions services in the field of ready-to-wear, clothing and footwear |
|  | 5,887,601 | October 22, 2019 | IC 009: Cell phone cases; cell phone covers; cell phone straps; sunglasses IC 014: Key rings; watches IC 018: Leather and imitation leather; animal skins and hides; travelling trunks; umbrellas; parasols; shoulder bags; travelling bags; |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| | | | handbags; waist packs; tote bags; clutch bags; wallets; purses; briefcases; suitcases; backpacks<br><br>IC 025: Pullovers; sweaters; jumpers; jackets; sweatshirts; parkas; bathing suits; blouses; shirts; trousers; jeans; skirts; shorts; T-shirts; dresses; men's suits; coats; raincoats; fur coats and jackets; underwear; vests; hosiery; panty hose; scarves; gloves for clothing; belts for clothing; shoes; boots; hats; caps being headwear |