**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 22-60438-CIV-RUIZ

FENDI S.R.L.,

              Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

              Defendants.

_____/

**DECLARATION OF KATHLEEN BURNS IN SUPPORT OF PLAINTIFF'S *EX PARTE***
**APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER,**
**PRELIMINARY INJUNCTION, AND ORDER RESTRAINING TRANSFER OF ASSETS**

      I, Kathleen Burns, declare and state as follows:

      1.    I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I submit this declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Application for Temporary Restraining Order"). If called upon to do so, I could and would competently testify to the following facts set forth below.

      2.    I am an officer of Invisible Inc, a licensed private investigative firm.

      3.    Counsel for Fendi, S.r.l. ("FENDI" or "Plaintiff"), retained my firm to investigate and document the suspected sale of counterfeit versions of Plaintiff's products by Defendants, the Individuals, Business Entities, and Unincorporated Associations Identified on Schedule "A" hereto (collectively "Defendants"), and to obtain the available payment account data for receipt of funds paid to Defendants for the sale of counterfeit FENDI-branded merchandise.

4.      Prior to filing this Declaration, my firm accessed Defendants' Internet based e-commerce stores operating under their respective seller identification names through AliExpress.com, Amazon.com, DHGate.com, and Wish.com as identified on Schedule "A" hereto (the "Seller IDs"). Upon accessing each of the e-commerce stores, my firm was able to view products using FENDI's trademarks, add products to the online shopping cart, proceed to a point of checkout, and otherwise actively exchange data with each Defendant. My firm then placed an order from each Defendant via their Seller IDs for the purchase of various products – each bearing[1] or using counterfeits and infringements of at least one of FENDI's trademarks at issue in this action, and requested each product to be shipped to my firm's address in the Southern District of Florida. Each order was processed entirely online and following the submission of the orders, my firm received information for finalizing payment[2] for the products ordered from Defendants via AliPay,[3] Amazon Payments, Inc.,[4]

---

[1] Many Defendants operating their respective Seller IDs blurred-out and/or physically altered the images of the FENDI Marks on the products being offered for sale via their respective e-commerce stores.  As such, Composite Exhibit "1" hereto contains images of the product at issue bearing one or more of the FENDI Marks in their entirety in the customer reviews from buyers who bought the product at issue from the respective Defendant or received by my firm via direct message on the relevant e-commerce store platform from the respective Defendant.

[2] My firm was instructed not to transmit funds to finalize the sale for the orders from certain Defendants so as to avoid adding additional funds to Defendants' coffers.

[3] Defendant Numbers 1-255 operate via the non-party Internet marketplace platform, AliExpress.com and have their payments processed on their behalf using Alipay and PayPal, Inc. ("PayPal") identifying the payee Alipay Singapore E-Commerce, which is the aggregate PayPal account for orders made via PayPal on AliExpress.com.

[4] Defendant Numbers 256-258 operate via the non-party Internet marketplace platform Amazon.com. Amazon.com is an e-commerce marketplace that allows Defendants to conduct their commercial transactions privately via Amazon's payment processing and retention service, Amazon Payments, Inc. As such, Defendant Numbers 256-258's payment information is not publicly disclosed.

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

DHGate.com,[5] or via Defendants' respective payee,[6] as identified on Schedule "A" hereto. At the conclusion of the process, and the detailed web pages my firm captured and downloaded reflecting each product ordered were sent to FENDI's counsel.

5.   True and correct copies of the web page captures and images showing the various FENDI-branded products my firm ordered via Defendants' Seller IDs, including redacted copies of the order summary web pages and order confirmations, payment account data, and any electronic communication exchanged, are attached hereto as Composite Exhibit "1."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 28th day of February, 2022, at Scottsdale, Arizona.

*Kathleen Burns*

_____
Kathleen Burns

---

[5]  Defendant Numbers 259-483 operate via the non-party Internet marketplace platform DHgate.com, which completes transactions via DHpay.com, a third-party payment service provided to customers using DHgate.com.

[6] Defendant Numbers 484-561 use the non-party e-commerce marketplace platform, Wish.com, operated by ContextLogic Inc. The payee for my firm's orders placed from the Wish.com Seller IDs identifies "PayPal *Wish." I have personal knowledge from past investigations that "WISH" is the named PayPal recipient for individual transactions conducted via Wish.com.

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

SCHEDULE "A"
**DEFENDANTS BY NUMBER, SELLER ID, AND
FINANCIAL ACCOUNT INFORMATION**

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 1 | @Beautiful Shop Store | AliExpress | 912014266 | 1005002867601493 |
| 2 | 012017 Store | AliExpress | 911796326 | 1005002859363310 |
| 3 | 0501026 Store | AliExpress | 911704461 | 1005002302028515 |
| 4 | 20210308 Store | AliExpress | 911706020 | 1005002301233015 |
| 5 | 7VV Store | AliExpress | 911793333 | 1005002703142514 |
| 6 | 919052878 Store | AliExpress | 911664178 | 1005002313580858 |
| 7 | A thousand clothes and a hundred Shun Store | AliExpress | 911604352 | 1005002200759767 |
| 8 | A-A-E Store | AliExpress | 5476135 | 1005002828454737 |
| 9 | AB_CDE Store | AliExpress | 911785853 | 1005002831483647 |
| 10 | adohon cashmere Store | AliExpress | 1294582 | 1005002215191608 |
| 11 | AH Up Store | AliExpress | 911928525 | 1005002925089215 |
| 12 | Ali Outlet Store Store | AliExpress | 911546122 | 1005002238989303 |

4

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 13 | Alibang Store | AliExpress | 911300131 | 1005001994368404 |
| 14 | ALL OR NOTHING Store | AliExpress | 5732118 | 1005002395707274 |
| 15 | Ancetus Store | AliExpress | 911667133 | 1005002484536057 |
| 16 | Angel Baby NO 1 | AliExpress | 1655265 | 32941903736 |
| 17 | ANGEL COCO Official Store | AliExpress | 3594007 | 1005002496403492 |
| 18 | Apparel Dropshipping Store | AliExpress | 1049177 | 4000602363915 |
| 19 | Arity Stylish Footwear Store | AliExpress | 911814003 | 1005002885041922 |
| 20 | AWalex Store | AliExpress | 911788908 | 1005002509497514 |
| 21 | AyLosi Store | AliExpress | 911573282 | 1005002859745690 |
| 22 | Baby LY Store | AliExpress | 912186564 | 1005002953120663 |
| 23 | Bea Beatrice Store | AliExpress | 911411062 | 1005002289821928 |
| 24 | Beautiful-woman Store | AliExpress | 5798288 | 1005002026969753 |
| 25 | BELISNVOY Store | AliExpress | 2221161 | 4000169186728 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 26 | BestMen Store | AliExpress | 3167001 | 1005001667869356 |
| 27 | BK Clothes 2016 Store | AliExpress | 911740049 | 1005002310266253 |
| 28 | Blanche Baby Store | AliExpress | 5129095 | 4001114790212 |
| 29 | Blue fashion pavilion | AliExpress | 837967 | 4000154098477 |
| 30 | Boutique Socks Store | AliExpress | 910789006 | 1005002591701620 |
| 31 | Buling Handmade Store | AliExpress | 910999050 | 1005001788738458 |
| 32 | BunniesFairy Official Store | AliExpress | 338452 | 32954175709 |
| 33 | carp Store | AliExpress | 911119287 | 1005002468855532 |
| 34 | ccfg 1992 Store | AliExpress | 5065336 | 1005001433063698 |
| 35 | cechy Store | AliExpress | 5364028 | 1005002284357623 |
| 36 | Cheap The real thing 01 Store | AliExpress | 911832223 | 1005002526904863 |
| 37 | CHP slipper city Store | AliExpress | 911601694 | 1005002358224308 |
| 38 | CINESSD Sexy Swimwear Store | AliExpress | 911881370 | 1005002541091944 |

6

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 39 | Clothes888 Store | AliExpress | 911729121 | 1005002319520720 |
| 40 | CMAZ Korean Apparel Store | AliExpress | 911864043 | 1005002680106591 |
| 41 | COLORFULIVES Store | AliExpress | 911389068 | 1005002246033372 |
| 42 | comemore001 Store | AliExpress | 911903011 | 1005002897622834 |
| 43 | CROPPEDTOPLADY Store | AliExpress | 4566018 | 1005001411507896 |
| 44 | Dai Chaofang Store | AliExpress | 5240074 | 1005002383336362 |
| 45 | dasheng Store | AliExpress | 911718444 | 1005002333048436 |
| 46 | daxawra019 Store | AliExpress | 911754883 | 1005002561743236 |
| 47 | Designer tribe Store | AliExpress | 910355011 | 1005002851993285 |
| 48 | Different Store | AliExpress | 911893084 | 1005002545448671 |
| 49 | DiHaoShiYi Store | AliExpress | 911938144 | 1005002682910259 |
| 50 | Dongguan Babytree Garment Co.,Ltd Store | AliExpress | 222168 | 32888913808 |
| 51 | Donsignet Casual Store | AliExpress | 911928013 | 1005002588089646 |

7

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 52 | E-Kids Store | AliExpress | 911544016 | 1005002458043674 |
| 53 | ElegantGirl Store | AliExpress | 910357021 | 1005002564814771 |
| 54 | ENLEN&BENNA Official Store | AliExpress | 5887127 | 1005002587738028 |
| 55 | Enwig menswear Store | AliExpress | 912021207 | 1005002745062860 |
| 56 | Fanming Trading Co., Ltd. Store | AliExpress | 911338149 | 1005002616213744 |
| 57 | Fashion World's store | AliExpress | 108341 | 1005001570507839 |
| 58 | Fashion-Handbag Store | AliExpress | 5793758 | 1005002627277838 |
| 59 | fengshangxing 2 Store | AliExpress | 911550421 | 1005002541655768 |
| 60 | fitting1986 Store | AliExpress | 5840124 | 1005002164441847 |
| 61 | FLOWER SKY Store | AliExpress | 1091342 | 4000110457094 |
| 62 | FNC Swimsuit Store | AliExpress | 911779564 | 1005002477971304 |
| 63 | Footwear Boutique Store | AliExpress | 4416205 | 33001901288 |
| 64 | Furongyi Port Store | AliExpress | 911705509 | 1005002318989121 |

8

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 65 | fuyidabai0421 Store | AliExpress | 911873104 | 1005002555913585 |
| 66 | GCAROL Official Store | AliExpress | 405992 | 1005002264688769 |
| 67 | GGrain Store | AliExpress | 911768546 | 1005002543954093 |
| 68 | Good luck to Store | AliExpress | 911753332 | 1005002519687131 |
| 69 | good luck8888 Store | AliExpress | 911546368 | 1005002182185009 |
| 70 | Good Man 888 Store | AliExpress | 3487054 | 1005002409479141 |
| 71 | Good sister Store | AliExpress | 911227068 | 1005002235171375 |
| 72 | gsgdses015 Store | AliExpress | 911759841 | 1005002561906948 |
| 73 | HANGCODE Official Store | AliExpress | 5869503 | 1005002606869700 |
| 74 | haoyun Store | AliExpress | 911767562 | 1005002595605782 |
| 75 | HHDMV Store | AliExpress | 5251160 | 4000177372770 |
| 76 | High quality cashmere sweater 918 Store | AliExpress | 4969003 | 1005002238487676 |
| 77 | Hodgskin Footwear Store | AliExpress | 5083502 | 4000086059393 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 78 | HONNNMOR Official Store | AliExpress | 1359508 | 1005002559074631 |
| 79 | HSbagshoe Store | AliExpress | 911662137 | 1005002324455426 |
| 80 | HUIQIDI2021 Store | AliExpress | 911787782 | 1005002711068441 |
| 81 | hy-fr Store | AliExpress | 911760975 | 1005002462087254 |
| 82 | Iceinside Store | AliExpress | 529908 | 4000068296617 |
| 83 | IGLDSI Official Store | AliExpress | 3482058 | 1005001698085161 |
| 84 | incense bag shop Store | AliExpress | 911774281 | 1005002513052693 |
| 85 | Ins-China Store | AliExpress | 911611439 | 1005002257752471 |
| 86 | JAYHW-SK Store | AliExpress | 911354059 | 1005002241119034 |
| 87 | jfsifsfkjsk014 Store | AliExpress | 911756850 | 1005002489998638 |
| 88 | juhui Store | AliExpress | 911940230 | 1005002520423028 |
| 89 | July Pajamas Store | AliExpress | 911607291 | 1005002457596109 |
| 90 | Juuiy Store | AliExpress | 911764080 | 1005002435718577 |
| 91 | JXEasyJoy Store | AliExpress | 900244307 | 1005002850583739 |

10

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 92 | K7700 Store | AliExpress | 911744069 | 1005002648412127 |
| 93 | Kaiyishow3 Store | AliExpress | 2678182 | 1005002232886526 |
| 94 | Kalorzze yuanchenghong Store | AliExpress | 5789673 | 1005002583144297 |
| 95 | kenyo Store | AliExpress | 911825224 | 1005002578094765 |
| 96 | L&X Store | AliExpress | 911940522 | 1005002453210760 |
| 97 | LAIDA Store | AliExpress | 912147050 | 1005002841860437 |
| 98 | L-FYWX Store | AliExpress | 911615869 | 1005002280562821 |
| 99 | Lilyptuart House Store | AliExpress | 4698118 | 4000072069125 |
| 100 | Lin Meng Fashion | AliExpress | 414561 | 32989275618 |
| 101 | LIUHUAN520 Store | AliExpress | 911827089 | 1005002813198630 |
| 102 | LongHai JJ88 Store | AliExpress | 911854089 | 1005002534112390 |
| 103 | LORENZIA TRENDY Store | AliExpress | 911265270 | 1005001953912289 |
| 104 | LOVE--ME Store | AliExpress | 911115020 | 1005002313051343 |

11

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 105 | LULULYTWO Store | AliExpress | 911933139 | 1005002939306068 |
| 106 | LutherWei Store | AliExpress | 911076019 | 1005002523806360 |
| 107 | Manufacturers franchise shoe store Store | AliExpress | 911761547 | 1005002644777641 |
| 108 | Mayata Apparel Store | AliExpress | 5116010 | 4000160103036 |
| 109 | meiqing1993 Store | AliExpress | 911612720 | 1005002230297912 |
| 110 | MEIXINMEIYU Store | AliExpress | 912019542 | 1005002737898814 |
| 111 | Men's and women's boutique clothes Store | AliExpress | 911717234 | 1005002283096865 |
| 112 | Men's and women's Boutique Store | AliExpress | 911599522 | 1005002279400282 |
| 113 | Menswear and Womenswear Store | AliExpress | 912074572 | 1005002901338870 |
| 114 | miac Store | AliExpress | 910439131 | 1005001575447538 |
| 115 | MOGAscendant Official Store | AliExpress | 428655 | 1005002649870203 |
| 116 | moon-11 Store | AliExpress | 911728180 | 1005002421528078 |

12

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 117 | Nimorog Aijie High-end cashmere Store | AliExpress | 5080209 | 1005002305436792 |
| 118 | North-City Store | AliExpress | 5788842 | 1005002186657701 |
| 119 | OHipster Store | AliExpress | 911741188 | 1005002420487535 |
| 120 | OLOME Monopolize Store | AliExpress | 911875301 | 1005002541136106 |
| 121 | oshopart Store | AliExpress | 911544426 | 1005002216327034 |
| 122 | Parka Mujer Store | AliExpress | 5040327 | 4000548255364 |
| 123 | PAVEHAWK Store | AliExpress | 4566025 | 1005002025038755 |
| 124 | PENGLING Store | AliExpress | 911746066 | 1005002909884370 |
| 125 | pingfan Store | AliExpress | 5055236 | 33057279348 |
| 126 | Pink Linen Store | AliExpress | 2340240 | 32980454449 |
| 127 | QBFZYXGS Store | AliExpress | 911765659 | 1005002558409511 |
| 128 | RANMO SHOE Drop Shipping Factory Direc | AliExpress | 912031094 | 1005002899111501 |
| 129 | reebozo Official Store | AliExpress | 2343337 | 4000197223146 |

13

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 130 | remarkable girl Store | AliExpress | 4492042 | 1005002535877282 |
| 131 | reminisce Store | AliExpress | 911796483 | 1005002549494460 |
| 132 | RichNana Store | AliExpress | 911736100 | 1005002425194529 |
| 133 | Rose diary Store | AliExpress | 5709026 | 1005002883276880 |
| 134 | RuiLeeArt Store | AliExpress | 5498139 | 1005002771143573 |
| 135 | RUMAN Store | AliExpress | 912074782 | 1005002886373851 |
| 136 | ruoli Store | AliExpress | 911575102 | 1005002617263240 |
| 137 | RUWB Official Store | AliExpress | 4997512 | 1005001414586255 |
| 138 | RXTFPY 4 Store | AliExpress | 911609657 | 1005002273276862 |
| 139 | RXTFPY 8 Store | AliExpress | 911836386 | 1005002542031199 |
| 140 | SCX88889999 Store | AliExpress | 911966157 | 1005002866173708 |
| 141 | SDTRFT Factory Store | AliExpress | 5014069 | 4001047929726 |
| 142 | Secret words Store | AliExpress | 5799919 | 1005002755352994 |
| 143 | Sexy zone Store | AliExpress | 911760412 | 1005002851867096 |

14

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 144 | shengyin store Store | AliExpress | 911806358 | 1005002583133891 |
| 145 | Shop102751 Store | AliExpress | 102751 | 1005002848572249 |
| 146 | Shop1178980 Store | AliExpress | 1178980 | 1005002345426887 |
| 147 | Shop1181002 Store | AliExpress | 1181002 | 1005002822098966 |
| 148 | Shop1942330 Store | AliExpress | 1942330 | 1005002377168908 |
| 149 | Shop2883214 Store | AliExpress | 2883214 | 4000074215350 |
| 150 | Shop420745 Store | AliExpress | 420745 | 32913232511 |
| 151 | Shop4438023 Store | AliExpress | 4438023 | 1005002448944523 |
| 152 | Shop4511073 Store | AliExpress | 4511073 | 4001076686861 |
| 153 | Shop4636025 Store | AliExpress | 4636025 | 1005002504303007 |
| 154 | Shop4640178 Store | AliExpress | 4640178 | 32965475682 |
| 155 | Shop5052169 Store | AliExpress | 5052169 | 1005002577837818 |
| 156 | Shop5249233 Store | AliExpress | 5249233 | 4001142109545 |
| 157 | Shop5430250 Store | AliExpress | 5430250 | 1005002341819287 |

15

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 158 | Shop5777653 Store | AliExpress | 5777653 | 1005002229689987 |
| 159 | Shop5839107 Store | AliExpress | 5839107 | 1005002895465351 |
| 160 | shop678 Store | AliExpress | 911718113 | 1005002353024285 |
| 161 | Shop900253494 Store | AliExpress | 900253494 | 1005002251534860 |
| 162 | Shop910324165 Store | AliExpress | 910324165 | 1005001415725289 |
| 163 | Shop910362185 Store | AliExpress | 910362185 | 1005002344044398 |
| 164 | Shop910450139 Store | AliExpress | 910450139 | 1005002136050860 |
| 165 | Shop910561092 Store | AliExpress | 910561092 | 1005001978136304 |
| 166 | Shop911021024 Store | AliExpress | 911021024 | 1005002283835532 |
| 167 | Shop911055082 Store | AliExpress | 911055082 | 1005002287619924 |
| 168 | Shop911119265 Store | AliExpress | 911119265 | 1005002878259831 |
| 169 | Shop911120230 Store | AliExpress | 911120230 | 1005002695857155 |
| 170 | Shop911135304 Store | AliExpress | 911135304 | 1005002914014096 |
| 171 | Shop911142275 Store | AliExpress | 911142275 | 1005001863522800 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 172 | Shop911230137 Store | AliExpress | 911230137 | 1005002071704482 |
| 173 | Shop911232117 Store | AliExpress | 911232117 | 1005002240015599 |
| 174 | Shop911238033 Store | AliExpress | 911238033 | 1005002490209767 |
| 175 | Shop911252032 Store | AliExpress | 911252032 | 1005002009197797 |
| 176 | Shop911260150 Store | AliExpress | 911260150 | 1005001906991319 |
| 177 | Shop911263212 Store | AliExpress | 911263212 | 1005002304208389 |
| 178 | Shop911300088 Store | AliExpress | 911300088 | 1005002006348346 |
| 179 | Shop911334024 Store | AliExpress | 911334024 | 1005002908297783 |
| 180 | Shop911413018 Store | AliExpress | 911413018 | 1005002286132412 |
| 181 | Shop911444023 Store | AliExpress | 911444023 | 1005002165440077 |
| 182 | Shop911489059 Store | AliExpress | 911489059 | 1005002301943396 |
| 183 | Shop911572427 Store | AliExpress | 911572427 | 1005002259766194 |
| 184 | Shop911573234 Store | AliExpress | 911573234 | 1005002224086195 |
| 185 | Shop911574182 Store | AliExpress | 911574182 | 1005002225078279 |

17

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 186 | Shop911600527 Store | AliExpress | 911600527 | 1005002325498171 |
| 187 | Shop911600536 Store | AliExpress | 911600536 | 1005002235818504 |
| 188 | Shop911601169 Store | AliExpress | 911601169 | 1005002193842930 |
| 189 | Shop911604372 Store | AliExpress | 911604372 | 1005002569768398 |
| 190 | Shop911608287 Store | AliExpress | 911608287 | 1005002518869369 |
| 191 | Shop911609314 Store | AliExpress | 911609314 | 1005002723167350 |
| 192 | Shop911612162 Store | AliExpress | 911612162 | 1005002337708858 |
| 193 | Shop911615457 Store | AliExpress | 911615457 | 1005002433069054 |
| 194 | Shop911654281 Store | AliExpress | 911654281 | 1005002265645950 |
| 195 | Shop911729164 Store | AliExpress | 911729164 | 1005002330783194 |
| 196 | Shop911787921 Store | AliExpress | 911787921 | 1005002470149235 |
| 197 | Shop911794993 Store | AliExpress | 911794993 | 1005002496594945 |
| 198 | Shop911799995 Store | AliExpress | 911799995 | 1005002499459549 |
| 199 | Shop911809082 Store | AliExpress | 911809082 | 1005002504131676 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 200 | Shop911827437 Store | AliExpress | 911827437 | 1005002642394883 |
| 201 | Shop911840409 Store | AliExpress | 911840409 | 1005002635702977 |
| 202 | Shop911872173 Store | AliExpress | 911872173 | 1005002624798548 |
| 203 | Shop911879200 Store | AliExpress | 911879200 | 1005002645421673 |
| 204 | Shop911960235 Store | AliExpress | 911960235 | 1005002817882833 |
| 205 | shop915858585008 Store | AliExpress | 911542113 | 1005002290770854 |
| 206 | shunzi888 Store | AliExpress | 911740062 | 1005002340062254 |
| 207 | Sicilian girl Store | AliExpress | 911301154 | 1005002496247918 |
| 208 | Slipper House Store | AliExpress | 911817410 | 1005002573591328 |
| 209 | Song bo 2 Store | AliExpress | 911825384 | 1005002834387828 |
| 210 | Stay Real 520 Store | AliExpress | 911607825 | 1005002775285787 |
| 211 | store 1992 Store | AliExpress | 4757032 | 1005001426392589 |
| 212 | STYLE-ZONE Handbag Store | AliExpress | 911057044 | 1005002256381821 |
| 213 | SXL Store | AliExpress | 912059451 | 1005002814959899 |

19

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 214 | szxujiang Store | AliExpress | 2568002 | 1005002133214572 |
| 215 | The shop of life Store | AliExpress | 912026244 | 1005002867603318 |
| 216 | Tianluo Trend Shop Store | AliExpress | 911941180 | 1005002573859401 |
| 217 | T-MIAOMIAO Store | AliExpress | 911605057 | 1005002301678333 |
| 218 | Tracyen Store | AliExpress | 911796210 | 1005002623978024 |
| 219 | Trend'Lany Store | AliExpress | 911639002 | 1005002258233847 |
| 220 | TREND-Setter Store | AliExpress | 1669645 | 32991529655 |
| 221 | Trend'Unexpected Store | AliExpress | 911605830 | 1005002247120768 |
| 222 | Trendy men trendy women Store | AliExpress | 911519057 | 1005002193840482 |
| 223 | undefined kardashian Store | AliExpress | 4644038 | 4000107550147 |
| 224 | US&CJ Store | AliExpress | 911252230 | 1005002901747281 |
| 225 | Uside Store | AliExpress | 911752126 | 1005002336362717 |
| 226 | wangyida Store | AliExpress | 911686013 | 1005002431032646 |

20

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 227 | wasapp+8614749674528 Store | AliExpress | 912182063 | 1005002878243205 |
| 228 | Watermelon10 Store | AliExpress | 912177637 | 1005002902504256 |
| 229 | WE MenClothing Store | AliExpress | 912072152 | 1005002726697260 |
| 230 | WenChengFS Store | AliExpress | 911756232 | 1005002746324869 |
| 231 | Women Designer Store | AliExpress | 911755019 | 1005002483592651 |
| 232 | Word Wardrobe Store | AliExpress | 3470056 | 32988389563 |
| 233 | X-Fight Store | AliExpress | 5094077 | 1005001999595612 |
| 234 | Xiaoya Girl Store Store | AliExpress | 911869249 | 1005002571092071 |
| 235 | Xin Zihan Store | AliExpress | 911929921 | 1005002682316085 |
| 236 | XINGBAOHUA APPAREL Store | AliExpress | 911267350 | 1005002584661515 |
| 237 | XinYue16 Store | AliExpress | 911789051 | 1005002574598732 |
| 238 | YangFa Girl Store | AliExpress | 912120055 | 1005002819798092 |
| 239 | Yearning for life777 Store | AliExpress | 912024184 | 1005002681823675 |

21

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 240 | YGFS02 Store | AliExpress | 911942051 | 1005002639108821 |
| 241 | Yidanna Global Store | AliExpress | 4384003 | 1005002368958201 |
| 242 | yingyingrich Store | AliExpress | 911612356 | 1005002231586892 |
| 243 | yjdancer Store | AliExpress | 911941624 | 1005002603365725 |
| 244 | YogaPantsPrint Store | AliExpress | 912011057 | 1005002654372891 |
| 245 | you FD 03 Store | AliExpress | 911759731 | 1005002566401360 |
| 246 | you FD S0004 Store | AliExpress | 911752772 | 1005002460431609 |
| 247 | you FD S05 Store | AliExpress | 911488035 | 1005002223499623 |
| 248 | Youping women's shoe Store | AliExpress | 3624107 | 32964235255 |
| 249 | your clothes and shoe Store | AliExpress | 910995026 | 1005002441096225 |
| 250 | YSBFALNZ Official Store | AliExpress | 5627018 | 1005001496386048 |
| 251 | Z59Yclothing Store | AliExpress | 1941497 | 4000782939134 |
| 252 | ZH7318 Store | AliExpress | 911796303 | 1005002605822870 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 253 | Zoe woman Store | AliExpress | 910315036 | 1005001809373218 |
| 254 | Zong Xi Store | AliExpress | 911718230 | 1005002323388435 |
| 255 | zuolunouba Official Store | AliExpress | 2822087 | 4000555006589 |
| 256 | PANGV& | Amazon | A6QSTUTMML0ZX | ASIN:[7] B098K22FR3 |
| 257 | RTNMJK& | Amazon | A3BG0MCR70DI3D | ASIN: B09C244HLJ |
| 258 | sdgdHFGGLSL | Amazon | A2IT8EZSQDD9FP | ASIN: B098K22FR3 |
| 259 | a_yes321 | DHGate | 21369570 | 534342066 |
| 260 | a13205944062 | DHGate | 21557232 | 670783872 |
| 261 | a18059750343 | DHGate | 21557048 | 670804193 |
| 262 | a18120987426 | DHGate | 21633734 | 670547208 |
| 263 | a331713347 | DHGate | 21403471 | 629736721 |

---

[7] The Amazon Standard Identification Number ("ASIN") for the various FENDI branded products were obtained either from the Product Information / Description segments or the URLs of the infringing FENDI branded items, all of which are included in Composite Exhibit "1" hereto. The ASIN is a unique 10-digit alphanumeric identifier Amazon assigns to each product. Sellers can create a variational relationship between products in regards to name, size/count, color, style, scent, etc. When doing so, the ASIN identified in the Product Information/Description segments represents the core product and a different ASIN may be assigned based on variations thereof, as identified in the URLs.

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 264 | a626236 | DHGate | 21503207 | 566531856 |
| 265 | a686833 | DHGate | 21593709 | 670767634 |
| 266 | a686869 | DHGate | 21594871 | 670509284 |
| 267 | a686899 | DHGate | 21589936 | 670902358 |
| 268 | aaq6298 | DHGate | 21563540 | 565277757 |
| 269 | aaqss | DHGate | 21477209 | 530114575 |
| 270 | ahkoanqgwin | DHGate | 21667149 | 692505041 |
| 271 | aiden630 | DHGate | 21520348 | 632938711 |
| 272 | akend | DHGate | 21521665 | 631971266 |
| 273 | anbao001 | DHGate | 21666342 | 689707779 |
| 274 | angelisdoll888 | DHGate | 21575893 | 601685191 |
| 275 | aokdi | DHGate | 20513537 | 475869962 |
| 276 | apparel8876 | DHGate | 21610714 | 696841380 |
| 277 | ashionmasks | DHGate | 21571159 | 709941062 |

24

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 278 | babyoneslove | DHGate | 21653991 | 698629151 |
| 279 | bagdesigner | DHGate | 21396291 | 596700843 |
| 280 | baggucci | DHGate | 21000648 | 626007903 |
| 281 | bagrunings | DHGate | 21684846 | 711109559 |
| 282 | bagsiiit a.k.a Factory Women Handbags | DHGate | 21688622 | 710567761 |
| 283 | bagsonlinexx | DHGate | 21684769 | 710521932 |
| 284 | bagwomen | DHGate | 21478096 | 623469308 |
| 285 | baldeaglemall | DHGate | 21614944 | 709819577 |
| 286 | beltshopings | DHGate | 21645619 | 688910826 |
| 287 | beybeyy | DHGate | 21215272 | 636973086 |
| 288 | binsdhgateco | DHGate | 21566606 | 697477393 |
| 289 | bluewindow | DHGate | 21442988 | 697606940 |
| 290 | bnxc888 | DHGate | 21559560 | 587152748 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 291 | braceletx | DHGate | 21662045 | 697920174 |
| 292 | brand1222 | DHGate | 21676226 | 694223659 |
| 293 | buycheapgoods | DHGate | 21544417 | 692205843 |
| 294 | capsmens | DHGate | 21680701 | 700685296 |
| 295 | cheap shoes | DHGate | 21037747 | 636973058 |
| 296 | cheng9801 | DHGate | 21243920 | 453624464 |
| 297 | chic_wang | DHGate | 21525307 | 697654907 |
| 298 | cjxmm518 | DHGate | 21425712 | 597975609 |
| 299 | clothkings | DHGate | 21651527 | 686920151 |
| 300 | clothphones | DHGate | 21652625 | 670167233 |
| 301 | cwb5678 | DHGate | 21688716 | 709856959 |
| 302 | czsm2 | DHGate | 21675827 | 696461846 |
| 303 | datou_store | DHGate | 21632450 | 635056762 |
| 304 | ddhhgatesi | DHGate | 21645834 | 708760825 |

26

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 305 | dealsbags | DHGate | 21673049 | 711074722 |
| 306 | designers caps hats | DHGate | 21626374 | 627964673 |
| 307 | dg1994 | DHGate | 21160699 | 568338979 |
| 308 | dhbao21 a.k.a Royal Luxuries | DHGate | 21680235 | 708651847 |
| 309 | dhgateccx | DHGate | 21697180 | 711675955 |
| 310 | dhgatehohos | DHGate | 21666830 | 680609054 |
| 311 | dhgatepyf | DHGate | 21670126 | 696406054 |
| 312 | dhgateshopsshoeso | DHGate | 21541409 | 710630358 |
| 313 | dhgatesjjs | DHGate | 21651747 | 688707283 |
| 314 | dhgateskings | DHGate | 21645614 | 694035448 |
| 315 | dhgatesmaskon | DHGate | 21578336 | 710661051 |
| 316 | dhgatetings | DHGate | 21651611 | 710246966 |
| 317 | dhgatettss | DHGate | 21666824 | 682833246 |
| 318 | dm1974 | DHGate | 21306738 | 664243984 |

27

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 319 | dmbag01 | DHGate | 20953880 | 608321684 |
| 320 | doncleer | DHGate | 21154558 | 462553211 |
| 321 | embiidwatch | DHGate | 21357523 | 644941765 |
| 322 | essports | DHGate | 21445035 | 558082504 |
| 323 | Facialmasks | DHGate | 21606883 | 688778895 |
| 324 | factorysaleco | DHGate | 21602463 | 622728188 |
| 325 | fanfanchao | DHGate | 21624510 | 625933506 |
| 326 | fashion189hat | DHGate | 21640822 | 663754394 |
| 327 | fashion8686 | DHGate | 21199996 | 529097492 |
| 328 | fashion8886 | DHGate | 21582092 | 688457178 |
| 329 | fashionbagsforsale | DHGate | 21646347 | 690910329 |
| 330 | fashionclothingsale | DHGate | 21646346 | 666258275 |
| 331 | fashionsunglassales | DHGate | 21646344 | 695270101 |
| 332 | firewinner | DHGate | 21579536 | 601472079 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 333 | fj316121 | DHGate | 21443360 | 527272127 |
| 334 | fjallravenmins | DHGate | 21566109 | 698817432 |
| 335 | footballys | DHGate | 21629439 | 682963570 |
| 336 | ftboy a.k.a ftboy Sportswear | DHGate | 20965685 | 423780921 |
| 337 | ge4dhgate | DHGate | 21651593 | 696085594 |
| 338 | goodbag_8668 | DHGate | 21657040 | 694024582 |
| 339 | gototimes | DHGate | 21551615 | 696605192 |
| 340 | gucci28clothes | DHGate | 21640849 | 695311538 |
| 341 | gucci66 | DHGate | 20760551 | 491173718 |
| 342 | h6066 | DHGate | 21664086 | 694065419 |
| 343 | handbag_open | DHGate | 21679896 | 695414290 |
| 344 | handbag20211 | DHGate | 21690470 | 709290790 |
| 345 | handbagshow | DHGate | 21299452 | 580807709 |

29

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 346 | handsamejie | DHGate | 21653988 | 698628767 |
| 347 | happydaystoo | DHGate | 21610344 | 697984785 |
| 348 | happyroomstimes | DHGate | 21648588 | 694671411 |
| 349 | hareshop | DHGate | 21614821 | 646168559 |
| 350 | he4dhgaten | DHGate | 21667814 | 696404600 |
| 351 | heatshoes | DHGate | 21228468 | 619257297 |
| 352 | hellodhgateco | DHGate | 21614733 | 662912883 |
| 353 | hellodhgateonsale | DHGate | 21492136 | 711175493 |
| 354 | heyjames | DHGate | 21000976 | 449911152 |
| 355 | highendhat88 | DHGate | 21689900 | 708029250 |
| 356 | hintundoor | DHGate | 21629745 | 675727797 |
| 357 | hoodystoois | DHGate | 21572101 | 641814519 |
| 358 | hopehappiness | DHGate | 21644045 | 695424662 |
| 359 | huandysiw | DHGate | 21615381 | 709087174 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 360 | huy33 | DHGate | 21214253 | 444915207 |
| 361 | iconcap | DHGate | 21489076 | 631667053 |
| 362 | idhgatebags | DHGate | 21684818 | 707151590 |
| 363 | internationalbag_11 | DHGate | 21662655 | 683225345 |
| 364 | jacksmithshop | DHGate | 21358381 | 646534566 |
| 365 | jaimecools | DHGate | 21610343 | 683166818 |
| 366 | jamydhhateuus | DHGate | 21648623 | 697975804 |
| 367 | jiangadidof | DHGate | 21655959 | 684471737 |
| 368 | jinduoduo | DHGate | 21526872 | 697645864 |
| 369 | jingfadianshang | DHGate | 21681229 | 697464821 |
| 370 | jjfamousroom | DHGate | 21653555 | 690047478 |
| 371 | jjmaskes | DHGate | 21578054 | 709134372 |
| 372 | junlilac | DHGate | 21582494 | 680646325 |
| 373 | junsfeis | DHGate | 21610348 | 697369332 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 374 | junskings | DHGate | 21642763 | 707365632 |
| 375 | kaiyun15 | DHGate | 21673972 | 689070962 |
| 376 | kksdhgates | DHGate | 21653559 | 685447767 |
| 377 | kkuns | DHGate | 21693236 | 708278747 |
| 378 | kootimes | DHGate | 21610347 | 693138122 |
| 379 | lacosk | DHGate | 21154535 | 656054860 |
| 380 | lady_bags2017 | DHGate | 20755009 | 703965245 |
| 381 | ladysdhgates | DHGate | 21645662 | 704022249 |
| 382 | ldw1314 | DHGate | 21506883 | 694411527 |
| 383 | liberals a.k.a cc5588 a.k.a. new bags | DHGate | 21612916 | 658450999 |
| 384 | liner008 | DHGate | 21433740 | 599850051 |
| 385 | linksdhgatebags a.k.a Luxury Bags | DHGate | 21672800 | 711162398 |
| 386 | lixu773 | DHGate | 21678288 | 696626615 |

32

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 387 | lokiopls | DHGate | 21579107 | 637967586 |
| 388 | lt16889 | DHGate | 21606103 | 711251289 |
| 389 | luxurybag_supplier | DHGate | 21274610 | 564898534 |
| 390 | luxurybagbag | DHGate | 21680810 | 698607721 |
| 391 | luxuryshoes2018 | DHGate | 21264452 | 463557363 |
| 392 | lving | DHGate | 21665140 | 695411549 |
| 393 | mani444 | DHGate | 21658932 | 684711662 |
| 394 | mani555 | DHGate | 21658935 | 696349829 |
| 395 | marksunshine | DHGate | 20293604 | 578515080 |
| 396 | maskfactorys | DHGate | 21578051 | 705559341 |
| 397 | maskodhgates | DHGate | 21578057 | 710615560 |
| 398 | masksforsale | DHGate | 21606891 | 680503769 |
| 399 | maskwalmart | DHGate | 21606901 | 679437846 |
| 400 | mice86 | DHGate | 21128562 | 697649481 |

33

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 401 | ming0101 | DHGate | 21507425 | 709542908 |
| 402 | miobru | DHGate | 20984670 | 613654841 |
| 403 | naturegate | DHGate | 21636393 | 647929441 |
| 404 | nbacn | DHGate | 21660870 | 688164882 |
| 405 | netgamehunter | DHGate | 20992788 | 708660448 |
| 406 | newers | DHGate | 21204410 | 443658701 |
| 407 | niceladybag | DHGate | 21643184 | 697145849 |
| 408 | niupi | DHGate | 21161350 | 519096155 |
| 409 | no1seller01 | DHGate | 21656350 | 683710649 |
| 410 | obagsdhgates a.k.a JASONBAGS | DHGate | 21684765 | 710033563 |
| 411 | officepanboss | DHGate | 21566950 | 696221213 |
| 412 | oooxxui | DHGate | 21628434 | 708851033 |
| 413 | oopensuns | DHGate | 21693232 | 710035608 |
| 414 | peacepeace | DHGate | 21638820 | 694351942 |

34

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 415 | phamtoms | DHGate | 21694689 | 710973221 |
| 416 | pinkwindow | DHGate | 21442995 | 627126425 |
| 417 | pupu00007 | DHGate | 21674263 | 691197792 |
| 418 | qianduofff | DHGate | 21654303 | 693166784 |
| 419 | Qiqifashionlegging | DHGate | 21461998 | 652297767 |
| 420 | qwe312 | DHGate | 21523526 | 619882793 |
| 421 | roomsdhgates | DHGate | 21653558 | 690100103 |
| 422 | rose500 | DHGate | 21225620 | 569615748 |
| 423 | rstao168 | DHGate | 21259819 | 677139320 |
| 424 | runsgateos | DHGate | 21611731 | 710189760 |
| 425 | scarf_castle | DHGate | 21592798 | 639053508 |
| 426 | sepal01 | DHGate | 21021768 | 648513767 |
| 427 | sestoreqing | DHGate | 21612903 | 640098170 |
| 428 | sexybdoyscxz | DHGate | 21655968 | 683938854 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 429 | shoes20 | DHGate | 21225262 | 518720554 |
| 430 | shoesonlinestorey | DHGate | 21541143 | 707205231 |
| 431 | shop_famousbags | DHGate | 21590549 | 626597021 |
| 432 | shufeng5188 | DHGate | 20830125 | 488275515 |
| 433 | sneakeromasks | DHGate | 21647220 | 696603981 |
| 434 | somstudio | DHGate | 21665440 | 694405095 |
| 435 | superseller166688 | DHGate | 21385465 | 597775751 |
| 436 | superxiaogege | DHGate | 21653977 | 698628638 |
| 437 | supplierwatch | DHGate | 21224483 | 519239459 |
| 438 | swintokoanin | DHGate | 21667154 | 694397132 |
| 439 | thanksdhgate | DHGate | 21625821 | 638266343 |
| 440 | tiago a.k.a designer t shirts | DHGate | 20737490 | 430703373 |
| 441 | tiffanylv001 | DHGate | 21666540 | 685990574 |
| 442 | topgeju | DHGate | 21642159 | 669855922 |

36

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 443 | tops_quality | DHGate | 21696260 | 711017165 |
| 444 | topsy | DHGate | 21665025 | 691330879 |
| 445 | trad185 | DHGate | 21647924 | 665755355 |
| 446 | tshirt2020 | DHGate | 21434546 | 671251371 |
| 447 | twobuybye | DHGate | 21653992 | 698626358 |
| 448 | uionopys | DHGate | 21642014 | 657991218 |
| 449 | ukkdhgates | DHGate | 21682562 | 698884700 |
| 450 | vintage_prada | DHGate | 21514600 | 607915550 |
| 451 | vitton_bags | DHGate | 21697455 | 711007564 |
| 452 | vv898989 | DHGate | 21404065 | 507710541 |
| 453 | wangpufff | DHGate | 21655569 | 694213529 |
| 454 | warmergate | DHGate | 21636378 | 648722399 |
| 455 | watchstool | DHGate | 21652627 | 685823459 |
| 456 | web1 | DHGate | 21651046 | 695458765 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 457 | wechat18contact | DHGate | 21642645 | 687489050 |
| 458 | wh_garment_factory | DHGate | 21680950 | 698033778 |
| 459 | wholesalers18 | DHGate | 21642625 | 671033713 |
| 460 | wjcy_jewelry | DHGate | 20740707 | 655734720 |
| 461 | wozhuanqian168 a.ka More Designer | DHGate | 21555583 | 607382668 |
| 462 | wuluodhgates | DHGate | 21651450 | 694748781 |
| 463 | wxhshopso | DHGate | 21666789 | 684147292 |
| 464 | wzfs2222 | DHGate | 21059809 | 494758989 |
| 465 | xbagdhgatex | DHGate | 21684816 | 711098946 |
| 466 | xbagsdhgates | DHGate | 21650879 | 667963170 |
| 467 | xdhgatebagsx | DHGate | 21684817 | 704602980 |
| 468 | xdhgatesx | DHGate | 21648618 | 684463705 |
| 469 | xgsunglasses68 | DHGate | 21647879 | 662664309 |
| 470 | yaoofashion | DHGate | 21571177 | 696596990 |

38

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 471 | yayabb | DHGate | 21105317 | 429899657 |
| 472 | ydhgateys | DHGate | 21648619 | 696281369 |
| 473 | yiyukings | DHGate | 21651571 | 686730488 |
| 474 | yongqnike | DHGate | 21655958 | 684469974 |
| 475 | yoyooh | DHGate | 20969482 | 627054068 |
| 476 | yuansmos | DHGate | 21597176 | 688181567 |
| 477 | yunyue | DHGate | 21669296 | 685459166 |
| 478 | zcj168168 | DHGate | 21076098 | 637456611 |
| 479 | zhixiongstores | DHGate | 21529938 | 696190035 |
| 480 | zhongjialuo | DHGate | 21291905 | 567302720 |
| 481 | zhongyi1688 | DHGate | 21292469 | 548630762 |
| 482 | zrm601 | DHGate | 21204374 | 635293307 |
| 483 | zxlclothes15 | DHGate | 21647885 | 661051092 |
| 484 | Alternate 2 | Wish.com | 610efc82ed79b0d7f8e20fcb | 613ae93b054671911d4dfda4 |

39

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 485 | Amandaamanda | Wish.com | 5e7222c357b0 10aac278285f | 60cf1c0da2f4e3abc 797afe7 |
| 486 | Andromeda Designs | Wish.com | 6106aaa5a42c 4147c79d3b57 | 6136df930328c648 30377353 |
| 487 | Angiezi | Wish.com | 610ab26084c9 83c0c0de8ad3 | 613349ed51289fd2 0a33dcbe |
| 488 | ArzoMarket Only | Wish.com | 611e54963d18 2a8a0eea814c | 613349ed1870d36e 147eab57 |
| 489 | Baby MY | Wish.com | 5fa0cee38cf80 74300f57aca | 5fb37329c453f3dcc d35e9a6 |
| 490 | Bangers and mash | Wish.com | 60cb1acaa909 567607af9c39 | 613ad3210e11a817 ad9bb8db |
| 491 | baojiale8212 | Wish.com | 60a7316d42f7 ed2ca554e33d | 613af7cdabfc6a6ac ebc8c90 |
| 492 | Bettymus | Wish.com | 60f9c3659006 f5a60a91e7fb | 613867f8ca5ee0e3 40b04da8 |
| 493 | Check Complete Car Care | Wish.com | 600c8d0d9550 332c6255d1de | 60e1cf33b12d9a00 8be550e5 |
| 494 | chenmenglong5535 | Wish.com | 611726b8700f 0f6c1d8f81b1 | 612c638d3454eae9 c6d8807d |
| 495 | Coinlistdetrodo | Wish.com | 60c2621bf792 9153c0e1ebf2 | 613addc547ebbda4 c4199c37 |
| 496 | Coward | Wish.com | 6112c2daea2d a74f40acf665 | 613349ed339bfe18 d077387a |
| 497 | daiqingyuan0849 | Wish.com | 611dd263192c 25279c75e3c5 | 6136df54815854dc 4029689d |
| 498 | Darcielynn 2 | Wish.com | 610c6d00aaeb 5af6017feb76 | 613ae93cf1d6e4f5d 8e8b7b4 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 499 | Doris C Hardin | Wish.com | 5e955f8fdc7d a913587682fa | 6135a9b98de9a6c6 5c8f3e76 |
| 500 | Duyis | Wish.com | 60b62ec0809e 8b5045357c9b | 60f1340035fe301fd 171d757 |
| 501 | Earthbound Trading | Wish.com | 60ad23cf396b 34c2bd592f0e | 612cbcba04f0cade0 d23dbaa |
| 502 | ElviraJeanbTsEwC | Wish.com | 5e97e0d257ac a642076f80f4 | 60c9949f1d57fb99 54789817 |
| 503 | Encely | Wish.com | 609230ba8fd4 94036919905 d | 6127aa59643a35f8 33faf7e9 |
| 504 | fazalojz | Wish.com | 60d8ab376198 99218191635 8 | 613ae60c1a9c4fa17 85ae777 |
| 505 | HAIww19962558 | Wish.com | 5f6d95a451b5 d6334949b19c | 5f8948329bd92f00 47827293 |
| 506 | heyihang1443 | Wish.com | 611f1c5fe51c bea3aadacb2e | 613ac58d99ff1135 4f59c81d |
| 507 | Hh hill rraine | Wish.com | 60cb1772f539 0744010dc399 | 613c55f0ca032b4ef 1d30e40 |
| 508 | HIGH TIDE | Wish.com | 6094a1cb1235 0e0f696c1b98 | 60e0394032e56718 ea0a5cf0 |
| 509 | Hillary shop | Wish.com | 60cb8f5b6fea d46d675a8b12 | 613d7522f9fe23c8a f02ec2a |
| 510 | hushiyun9987 | Wish.com | 6117539c56ce 2d9a6fffb68e | 612dc466895c9abe fdbee3ca |
| 511 | Inverciones De Electric Millan | Wish.com | 60ef530758ac 3b1d75f56706 | 6136de08b0d2dfd8 6a44fa96 |
| 512 | IraGavineE | Wish.com | 5e93c315646c d4b8809abfd8 | 612d9674c0920c50 792c790b |

41

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 513 | IsaacEdwL | Wish.com | 5e94969e7fba deb207bd9555 | 612d9605a04718df c5ec5d85 |
| 514 | IvyPetenZn | Wish.com | 5e9555b565a1 7901acfc95ca | 613578b311bf65c0 a700f68f |
| 515 | khaituanlam99124 | Wish.com | 6066eb765aea 2b5403b88b9 3 | 60994689d72e9dd5 253024ec |
| 516 | Lh005 | Wish.com | 60c7333efaed 57c67029065e | 6139ab672149dde7 c7bd4bd3 |
| 517 | liaochunpu2950 | Wish.com | 60a732dd08aa 4b4ec3e9fe9e | 613c45d21fadde99 3373a1d0 |
| 518 | liuyang2035 | Wish.com | 6094d38b8b7e 45ec8936cf49 | 61399fd18716c37c 2387cbc4 |
| 519 | lopv | Wish.com | 5f7dd0c27dda 8b36eec2fcd7 | 612dec152863301b 9a4c4aca |
| 520 | Lororato | Wish.com | 609c259851ab b23a38ebbeb2 | 60d4514de058c832 59e87026 |
| 521 | Love Train | Wish.com | 60968d71c544 776ab4273e78 | 60cf4e81819fb206 123cdbce |
| 522 | manhdungtruong54101 | Wish.com | 6063edf75813 5d3f33b7d496 | 6087aba0f262eec9 8d377171 |
| 523 | Maplas | Wish.com | 60fb676dfb5ef ed7e2f8a4c3 | 61382c27142332b1 e6ad272f |
| 524 | maxiufang0861 | Wish.com | 611ddab3d1f6 1fc4df727b68 | 6131dc302a7ec67d 2f606240 |
| 525 | Ministope | Wish.com | 6101e6ad5d76 f41a6e310a69 | 613828e2aaa540f7 62427dcb |
| 526 | Nube grande | Wish.com | 61061214e3bc a28ac2982538 | 61398a4165b76d12 ece7956c |

42

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 527 | Papafe | Wish.com | 60edc4f228d5f5f95d940d53 | 61370436daffb8800a7cdb16 |
| 528 | partai | Wish.com | 610eafc55d4e9427d784c1bb | 61399450903a81b6668672dd |
| 529 | pengqin5957 | Wish.com | 610f78a19782516006f8a0c9 | 613d4c13683aee495d6bd43e |
| 530 | pengzhenjia0831 | Wish.com | 611dc6023fa7160814728557 | 613873474bf5191d40344986 |
| 531 | PRODUCCIONES MUSICALES | Wish.com | 5f9b735703c1c9325ce07395 | 607c9fcb385cd51aa2010683 |
| 532 | Qdnjk | Wish.com | 5fc89d50df0823f7935b992a | 609fd8b6e01d07f94c14f2c7 |
| 533 | qiuguangxing0850 | Wish.com | 611dd493df68a0dc563f2074 | 61388927b0181685aa1ed324 |
| 534 | SHOPPINGNESS | Wish.com | 6110b0689782519502f89a50 | 613022af1fbb69fbee2368f6 |
| 535 | Smash7 | Wish.com | 610613b29d0e0d70058ba3e2 | 613ae60f747f619858115a25 |
| 536 | snackers | Wish.com | 60c37be57ec6d3ba80414508 | 60d9594d1029bdd9eff66ae3 |
| 537 | sulu2942 | Wish.com | 6116099ba1c4c6e126ea627b | 6139760b70711bd9a093aa44 |
| 538 | takecold | Wish.com | 610e904bf46487d75ce12f0a | 613ae93c20c99f5b99b936d2 |
| 539 | tangqiankun6240 | Wish.com | 60c43d8431a33d944be3e4ae | 613997798c12b397f3c049ea |
| 540 | tintos shot caravas | Wish.com | 5fc1267942eefa3d5f68e008 | 5fdb09d420de6f21a8b95a15 |

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 541 | TomLucienvCyH | Wish.com | 5e93f585646c d431fd988d8c | 60a68b1960f22517 bb12f932 |
| 542 | Trisia | Wish.com | 6101656df418 3d7b66016d8 6 | 61399450532be125 8837c748 |
| 543 | trucmaido39498 | Wish.com | 606ded60dd9c 8cb202153d4d | 6098ae5cf5f1058f3 cb14ea2 |
| 544 | Tryangulberly | Wish.com | 60fb1ca1878d 7ca02dfd84a4 | 61382c18499c7b83 0421b4bb |
| 545 | wangwei1352 | Wish.com | 611f1e43335e 8f185cf39c10 | 613d7c7cfd4fe3e36 df8cf34 |
| 546 | Wellintong | Wish.com | 61092c8a4b64 f911fdb80a53 | 613d7719fb4b85fc 2b58e4f4 |
| 547 | WfrBecky | Wish.com | 60e46b91aaaa b88880b3490c | 6137321b4159db28 5c6adc2f |
| 548 | wuchao2943 | Wish.com | 61161a318b76 05e4837f122d | 61358c535ca3de8c f5f9805a |
| 549 | wudinxiupan | Wish.com | 5e79a2caf1ea 14498e1a79af | 60bf50c7f330528b 836deabe |
| 550 | wuxiaoyun2540 | Wish.com | 610e3920fc0f a31dd5533c39 | 6139925b46e74e42 19c2ffc0 |
| 551 | Xiayaochen | Wish.com | 5e19660a6ff0 8301224944e9 | 5f9f6b3c8fad0e954 38b790f |
| 552 | xiongbaohui5060 | Wish.com | 60a869164e01 bd101da7a49b | 613c48c8560610ef 0a884f09 |
| 553 | yangqianyong668 | Wish.com | 60e7b3d1cf60 3824c0fd35b7 | 6139a479f4065b6f 819b628c |
| 554 | yangxiangxiang1234 | Wish.com | 60b996de5c7f 0b154932e5ec | 60bf54a0b52a2478 d689f8e2 |

44

Document Ref: SPSQC-WRKAN-QYOKA-VVSMN

| Def. No. | Seller ID | Platform | Merchant ID | Product ID |
|---|---|---|---|---|
| 555 | zhangcaichuan6930 | Wish.com | 6095fb493949 680044495e16 | 60e2776915ab2495 53678ace |
| 556 | zhanghao2416 | Wish.com | 60793d4d6a77 201f11183fde | 60bf4e76f3305281 cb6df088 |
| 557 | zhangxiane0246 | Wish.com | 61175d05490 0e553ccffb6c9 | 6128af7c5a605b6b 3e6fb40a |
| 558 | zhangyoufu | Wish.com | 5ebcaf6829e7 86522bf52ff3 | 5fe992f1580b96eaa 1a19a14 |
| 559 | zhaoxiaomei9500 | Wish.com | 61172e06fa68 a83283883f13 | 6123806e69f62202 894ad079 |
| 560 | zhengwendie2061 | Wish.com | 609b5d7ddc77 84b501ee5af1 | 612876e7a52f4bc1 6966619d |
| 561 | zhuchuanshun3277 | Wish.com | 6111fdc8712d ea31c630d56c | 613992e6926f38a0 aa9b7ef6 |

45